UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

STANLEY LEAVEL CARTER,        )
                              )
            Plaintiff,        )
                              )
v.                            )     **JUDGMENT**
                              )
MICHAEL J. ASTRUE,            )     No. 7:11-CV-121-FL
Commissioner of Social Security, )
                              )
            Defendant.        )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's Motion to Dismiss for Lack of Jurisdiction and the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on November 28, 2012, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's Motion to Dismiss for Lack of Jurisdiction is granted and the plaintiff's complaint is dismissed without prejudice. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 28, 2012, and Copies To:**

Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)
Stanley Leavel Carter (via U.S. Mail) - 615 McLeod Street, Apartment 7-C
                              Elizabethtown, NC 28337


November 28, 2012              JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk